TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00342-CV

Jennifer L. Farmer, Appellant

v.

Colby C. Moore, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT

NO. 92-15512, HONORABLE ANGELITA MENDOZA-WATERHOUSE, JUDGE PRESIDING

PER CURIAM

 Because appellant has failed to file a brief, we will dismiss the appeal for want of
prosecution. See Tex. R. App. P. 38.8(a)(1), 42.3(b).

 The Clerk of this Court filed the clerk's record in this cause on June 2, 2000. 
Accordingly, appellant's brief was due on July 3, 2000. 

 By letter dated August 2, 2000, the Clerk of this Court notified the parties that the
appeal was subject to dismissal for want of prosecution unless appellant filed a brief by August
17, 2000, or tendered a motion for extension of time reasonably explaining the failure to do so. 
Thus far, appellant has submitted neither a brief nor a motion for extension of time to file a brief.

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. 
See id. 42.3(b).

Before Justices Jones, Kidd and Yeakel

Dismissed for Want of Prosecution

Filed: September 21, 2000

Do Not Publish